JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISHMAEL MIZRAHI, | ) NO. CV 10-5405-JFW(E) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| DEPUTY RANDY L. BELL, et al., | ) |
| Defendants. | ) |

   IT IS ADJUDGED that the action is dismissed without prejudice.

   DATED: November 16, 2011.

　　　　　　　　　　　　　　　　 /s/ John F. Walter
　　　　　　　　　　　　　　　　 JOHN F. WALTER
　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE